CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

NOV 20 2019

JULIA C. DUDLEY, CLERK
BY: /s/ C. Amos
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

James Hoback,

          Plaintiff            Civil Action No. 6:19CV00018

v.                                         JUDGMENT

Synchrony Bank,

          Defendant.

The Honorable Michael F. Urbanski, having reviewed Defendant's offer of judgment pursuant to Rule 68, Fed.R.Civ.P., and Plaintiff's acceptance of said offer, has approved this disposition and has directed the Clerk to proceed with entry of judgment in this case. Accordingly,

**JUDGMENT IS ENTERED**

in favor of Plaintiff and, pursuant to the terms of the offer of judgment, Plaintiff shall recover from Defendant the sum of $75,000.00 (seventy-five thousand dollars).

Date: November 20, 2019

JULIA C. DUDLEY, CLERK

By: /s/ Carmen Amos
Carmen Amos, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 20, 2019
Julia C. Dudley, Clerk of Court

By: /s/ Carmen Amos
Deputy Clerk